UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00366

**Lawrence Dixon,**
*Plaintiff,*

v.

**Warden John McDanial et al.,**
*Defendants.*

# ORDER

Plaintiff Lawrence Dixon, a prisoner of the Texas Department of Criminal Justice proceeding pro se, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983 without paying the filing fee. The case was transferred to this court for proper venue and referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b).

On January 19, 2022, the magistrate judge issued a report recommending that the court bar the plaintiff from proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and dismiss this case unless the plaintiff paid the filing fee within 15 days. Doc. 17. A copy of the report was mailed to the plaintiff, who received it on January 25, 2022. Doc. 18. He has not filed written objections or paid the filing fee.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The plaintiff's motion for leave to proceed without payment (Doc. 16) is denied, and this case is dismissed with prejudice for purposes of proceeding *in forma pauperis* under 28 U.S.C. § 1915(g)—but without prejudice as to the refiling of the lawsuit without seeking *in forma pauperis* status.

*So ordered by the court on March 7, 2022.*

_____
J. CAMPBELL BARKER
United States District Judge